UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

KING OCEAN SERVICES, LTD.,
Plaintiff,

v.                                                                          CASE NO.:

WORLD'S BEST TROPICAL, LLC,
Defendant.

_____/

**COMPLAINT**

The Plaintiff, KING OCEAN SERVICES, LTD., (hereinafter "KING OCEAN") by and through its undersigned counsel files herewith this Complaint against the Defendant, WORLD'S BEST TROPICAL, LLC (hereinafter "WBT") and for cause of action *in personam* respectfully states as follows:

**JURISDICTION**

1. This Court has original jurisdiction pursuant to 28 U.S.C. Section 1333(1).  KING OCEAN is seeking to enforce rights under maritime contracts, making this an admiralty and maritime claim withinthe meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

**VENUE**

2. Venue in this case is proper.  A substantial part of the activities which form the basis of this complaint occurred within the territorial limits of the United States District Court for the Southern District of Florida, namely Port Everglades, Florida.

**THE PARTIES**

3. Plaintiff, KING OCEAN SERVICES, LTD., is a vessel operating common carrier engaged in international waterborne cargo transportation with a principal place of business located in Miami-Dade County, Florida.

4. Upon information and belief, the Defendant, WORLD'S BEST TROPICAL, LLC, is an importer and distributor of produce with a place of business in Miami-Dade County, Florida.

## GENERAL ALLEGATIONS

5. From January 2014 through and including April 2014, the Defendant entered into contracts of affreightment with the Plaintiff that called for the transportation of produce via ocean vessels from Costa Rica and Colombia to Port Everglades, Florida.

6. The freight charges owed to KING OCEAN as compensation for the transportation services outlined in the preceding paragraph are summarized on the Account Statement annexed as Exhibit 1.

7. The contractual terms and conditions that govern all shipments referenced in this Complaint are attached as Exhibit 2.

8. To date, WBT has failed and refused to remit $19,115.00 in ocean freight owed to and duly demanded by KING OCEAN.

9. Paragraph 15 of the terms and conditions states in part, "Merchant shall be jointly and severally liable to Carrier for the performance of the obligations hereunder, including payment of all freight, demurrage, General Average and other charges, including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due Carrier."  The Plaintiff has retained the undersigned law firm for the purposes of collecting the outstanding charges due and is obligated to the undersigned counsel for attorney's fees and costs.

## COUNT I - BREACH OF CONTRACT

10.  KING OCEAN realleges and reavers the allegations contained in paragraphs 1 through 9 as if fully set forth herein.

11.  A valid contract was formed when the Plaintiff, a vessel operating common carrier, agreed to transport cargo from Costa Rica and Colombia to Port Everglades, Florida for the Defendant in exchange for monetary compensation.

12.  KING OCEAN performed its contractual obligations, as well as all conditions precedent to bringing this suit.

13.  WBT committed a material breach of contract by not compensating KING OCEAN for the transportation services provided.

14.  KING OCEAN has suffered economic damages in the amount of $19,115.00.

WHEREFORE, KING OCEAN SERVICES, LTD. respectfully requests for this Honorable Court to enter judgment against WORLD'S BEST TROPICAL, LLC, for damages in the amount of $19,115.00, interest, costs, attorney's fees and any other and further relief as may be just and proper.

Respectfully Submitted,

**HALLEY & HALLEY, P.A.**

By:  /s/ Thomas V. Halley
Thomas V. Halley, FBN 694363
200 Crandon Blvd. Ste. 332
Key Biscayne, Florida  33149
Telephone:  305-365-1237
E-mail:  thalley@shiplaw.net
Attorney for Plaintiff